■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO RODRIGUEZ, Appellant. [41 NYS3d 887]—

Judgment, Supreme Court, New York County (Renee A. White, J.), rendered May 20, 2014, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree and menacing in the second degree, and sentencing him, as a second felony offender to an aggregate term of 2 to 4 years, unanimously affirmed.

Defendant's ineffective assistance of counsel claims are unreviewable on direct appeal because they involve matters of strategy, trial preparation and attorney-client consultations that are not reflected in the record (*see People v Rivera*, 71 NY2d 705, 709 [1988]; *People v Love*, 57 NY2d 998 [1982]). Accordingly, since defendant has not made a CPL 440.10 motion, the merits of the ineffectiveness claims may not be addressed on appeal. Defendant may not sidestep the requirement of a CPL 440.10 motion, which carries a number of procedural considerations, by simply asking this Court to remand for a hearing to further develop the record. In the alternative, to the extent the existing record permits review, we find that defendant received effective assistance under the state and federal standards (*see People v Benevento*, 91 NY2d 708, 713-714 [1998]; *Strickland v Washington*, 466 US 668 [1984]). Concur—Tom, J.P., Friedman, Saxe, Feinman and Kahn, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE BARRIENTOS, Also Known as JOHN DOE, Appellant. [41 NYS3d 888]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Michael J. Obus, J., at plea; Daniel Conviser, J., at sentence), rendered August 27, 2015, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, Saxe, Feinman and Kahn, JJ.